# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States of America,

                    Plaintiff,                          **Criminal Action**
                                                        Cr 08 327 (SRC)
            v.

Andrew Merola, et al.,                                  **ORDER RE MODIFICATION**
                                                        **OF BAIL CONDITIONS**
                    Defendants.

The Court having reviewed the January 21, 2010 letter from counsel for

defendant Joseph Schepisi and the United States Attorney's Office having no objection

to the relief requested therein and Pretrial Services having approved this request and

for good cause shown,

It is on this *1* day of **Feb** 2010

ORDERED AND ADJUDGED as follows:

1.     Joseph Schepisi's bail conditions are modified to the *extent* of permitting

him to travel to Cancun, Mexico for vacation with his wife and children on Sunday,

February 14, 2010, returning on Saturday, February 20, 2010.

2.     The bail conditions are further modified by directing Pretrial Services to

return to Joseph Schepisi his Passport to allow Joseph Schepisi to travel to and from

Cancun, Mexico on the aforementioned dates.

1

3.      Upon return, Joseph Schepisi is directed to surrender his Passport to Pretrial Services by the close of business on Monday, February 22, 2010.

4.      A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

_____

Honorable Stanley R. Chesler

Consented to and approved by:

_____

AUSA Bohdan Vitvitsky

Consented to and approved by:

_____

Vincent B. Adams

JJC/SchepisiOrder12110

2