UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,

                Plaintiff,

v.

Andrew Merola et. al.,

                Defendants.

Criminal Action
Cr 08 327 (SRC)

ORDER RE: MODIFICATION
OF BAIL CONDITIONS

The Court having reviewed the March 3, 2010 letter from counsel for defendant Joseph Schepisi and the United States Attorney's Office having no objection to the relief requested therein and Pretrial Services having approved this request and for good cause shown,

It is on this 15 day of March, 2010

ORDERED AND ADJUDGED as follows:

1. Joseph Schepisi bail conditions are modified to the extent of permitting travel to Las Vegas, Nevada for vacation with his wife on Friday, March 26, 2010, returning on Monday, March 29, 2010.

2. A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

                                                  Honorable Stanley R. Chesler

Consented to and approved by:

_____
AUSA Bohdan Vivitsky

_____
Vincent B. Adams