UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,

                Plaintiff,

   v.

Andrew Merola et. al.,

                Defendants.

Criminal Action
08 Cr 327 (SRC)

ORDER RE: MODIFICATION
OF BAIL CONDITIONS

The Court having reviewed the July 23, 2010 letter from counsel for defendant Joseph Schepisi and the United States Attorney's Office having no objection to the relief requested therein and Pretrial Services having approved this request and for good cause shown,

It is on this 11 day of ~~July~~ August, 2010

**ORDERED AND ADJUDGED** as follows:

1. Joseph Schepisi bail conditions are modified to the extent of permitting travel to Orlando, Florida for vacation with his wife, daughter and son on Friday, August 20, 2010, returning on Thursday, August 26, 2010.

2. A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

                                        Honorable Stanley R. Chesler

Consented to and approved by:

_Bohdan_
AUSA Bohdan Vitvitsky

_signature_
Vincent B. Adams

JJC\SCHEP\SN\Order072310